**Edwin JOWETT, Appellant, v. Kathryn L. MOORE.**

No. 12189.

Circuit Court of Appeals, Eighth Circuit.

Dec. 22, 1941.

James R. Sullivan and Arthur R. Wolfe, both of Kansas City, Mo., for appellant.

Cowgill & Popham and Theo DeFeo, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, pursuant to dismissal filed by appellant and consent of appellee.

**Jessie H. LEONARD, Plaintiff-Appellant, v. James J. HOEY, Individually and as United States Collector of Internal Revenue for the Second District of New York, Defendant-Appellee.**

No. 30.

Circuit Court of Appeals, Second Circuit.

Nov. 10, 1941.

Frank J. Sypher, of New York City, and William E. Davis, of Washington, D. C. (Ewing R. Philbin, of New York City, of counsel), for appellant.

Mathias F. Correa, U. S. Atty., of New York City (David McKibbin, 3d, of New York City, of counsel), for appellee.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Helvering v. Clifford, 309 U.S. 331, 60 S.Ct. 554, 84 L.Ed. 788; see also Commissioner v. Barbour, 2 Cir., 122 F.2d 165; Commissioner v. Woolley, 2 Cir., 122 F.2d 167; Helvering v. Elias, 2 Cir., 122 F.2d 171.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. FAIRMONT CREAMERY COMPANY.**

No. 12167.

Circuit Court of Appeals, Eighth Circuit.

Dec. 4, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

M. S. Hartman, of Omaha, Neb., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced pursuant to stipulation of parties filed with Board.